# EXHIBIT A

COPY

# IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

CHRISTOPHER MITCHELL CASTLEBERRY

Individually And On Behalf of All Others

Similarly situated.

**Plaintiff**

**vs.**

SUPERIOR BUILDING PRODUCTS, INC. and

MICHAEL TODD NEAL,

**Defendants.**

CIVIL ACTION

NUMBER 13CV2273GM

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Michael Todd Neal, Owner and Chief Financial Officer, Superior Building Products, Inc., 603 Univeter Road, Canton, Georgia 30114.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Mitchell D. Benjamin, Esq.
Billips & Benjamin LLP
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia   30339

an Answer to the Complaint which is herewith served upon you, within 30 days after the service of this Summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. If discovery request are served with the Complaint, the Discovery Responses are due 45 days following the service of the Complaint.

This ___31___ day of ___October___, 2013.

Patricia Baker
Clerk of Superior Court

By _____ Deputy Clerk

To Defendant upon whom this petition is served:
This copy of Complaint and Summons was served upon you _____, 2013.

_____ Deputy Sheriff

COPY

# IN THE SUPERIOR COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

CHRISTOPHER MITCHELL CASTLEBERRY

Individually And On Behalf of All Others

Similarly situated.

**Plaintiff**

CIVIL ACTION

NUMBER 13CV2272Em

vs.

SUPERIOR BUILDING PRODUCTS, INC. and

MICHAEL TODD NEAL,

**Defendants.**

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Superior Building Products, Inc., c/o Michael Todd Neal, Chief Financial Officer, 603 Univeter Road, Canton, Georgia 30114.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Mitchell D. Benjamin, Esq.
Billips & Benjamin LLP
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339

an Answer to the Complaint which is herewith served upon you, within 30 days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. If discovery request are served with the Complaint, the Discovery Responses are due 45 days following the service of the Complaint.

This ___31___ day of ___October___, 2013.

Patricia Baker
Clerk of Superior Court

By _____
                                    Deputy Clerk

To Defendant upon whom this petition is served:
This copy of Complaint and Summons was served upon you _____, 2013.

_____ Deputy Sheriff