```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | |
|---|---|
| CHRISTOPHER MITCHELL CASTLEBERRY, : : : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 1:13-CV-04039-ECS |
| : | |
| SUPERIOR BUILDING PRODUCTS, : INC., and MICHAEL TODD NEAL, : : | |
| Defendants. : | |

**<u>O R D E R</u>**

The parties having reached a settlement of this matter, the Clerk is **DIRECTED** to administratively close this matter. The Court retains complete jurisdiction to re-open the action within sixty (60) days upon cause shown that settlement has not been completed and further litigation is necessary. If this action is not reopened within sixty days, it will be deemed to have been dismissed with prejudice. The parties may file a stipulation of dismissal with prejudice during the above time frame without the need to reopen this action.

**SO ORDERED**, this 31st day of March, 2015.

*/s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)